**98–405. Hamilton Ins. Serv., Inc. v. Nationwide Ins. Cos.**

Richland App. Nos. 97CA27 and 97CA42. On September 24, 1998, appellant filed a document titled "List of Additional Authorities Pursuant to Sup.Ct.R. IX(7)." Appellant's document contains more than the list of citations to additional authorities permitted by S.Ct.Prac.R. IX(7). Furthermore, the document is, in substance, an untimely correction or addition to appellant's supplement. S.Ct.Prac.R. VII(7) prohibits the filing of corrections or additions to a previously filed document after the deadline for filing the document has passed. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that appellant's list of additional authorities be, and hereby is, stricken.

**98–1656. Schnitzler v. Agri Gen. Co., L.P.**

Marion App. No. 9–98–29. On October 1, 1998, appellant filed a document titled "Citation to Relevant Authority." Appellant's document contains more than the citation to the relevant authority permitted by S.Ct.Prac.R. III(3). Accordingly,

IT IS ORDERED by the court, *sua sponte,* that appellant's citation to relevant authority be, and hereby is, stricken.

**98–1733. State ex rel. Licking Cty. v. Licking Mem. Hosp.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On October 5, 1998, respondent filed a motion for leave to file a reply to relators' memorandum contra respondent's motion for judgment on the pleadings. Whereas S.Ct.Prac.R. XI(4) prohibits a reply to a memorandum opposing a motion,

IT IS ORDERED by the court that the motion for leave to file a reply to relators' memorandum contra respondent's motion for judgment on the pleadings be, and hereby is, denied.

*Wednesday, October 21, 1998*

## MERIT DOCKET

**98–1695. State v. Ratliff.**

Clermont App. No. CA98–01–002. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1719. State v. Hatfield.**

Clermont App. No. CA98–01–005. On review of order certifying a conflict. This court determines that no conflict exists. This cause is therefore dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1955. Floyd v. Haskins.**

In Habeas Corpus. On petition for writ of habeas corpus and request for immediate release pending disposition. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., would grant the return and deny the request for immediate release.

**98–1997. Wolfe v. Haskins.**

In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.